IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE Nos. 3:10-00074 |
| ) | 3:12-00121 |
| ) | 3:12-00224 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| JONATHON CODY BAXTER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Clerk shall file the attached document under seal and mail copies to counsel of record.

It is so **ORDERED**.

ENTERED this the _19th_ day of February, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court