IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cases No. 3:10-00074, 3:12-00121, 3:12-00224 |
| | ) Chief Judge William J. Haynes, Jr. |
| JONATHAN BAXTER | ) |

MOTION TO RESCHEDULE SENTENCING HEARING

Jonathan Baxter, through undersigned counsel, moves to reschedule the sentencing hearing in this matter currently scheduled for July 22, 2013. In support of this motion counsel would state and show that prior to setting this matter for July 22, 2013, counsel had not conferred with Mr. Baxter's mother, Kathryn Corcoran, to make sure that she was available on this date as Mr. Baxter wants her at his hearing, and she desires to be present as well. Counsel has discussed the requested continuance with Assistant United States Attorney William L. Deneke who advises that he has no objection to the requested continuance. Ms. Corcoran advises that she is undergoing a medical procedure in August that will make her unavailable that month. Counsel therefore moves the Court to re-set this matter for Friday, September 6, 2013.

Respectfully submitted,

s/ Sumter L. Camp
SUMTER L. CAMP
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

*[Handwritten annotation in right margin:]* ORDER
This motion is GRANTED. Hearing is re-set. My separate order will issue. 7-11-13